Republic of Texas
Our One Supreme Court
Common Law Venue; Original and Exclusive Jurisdiction
A Superior court sitting with the Power of a Circuit and United States
District Court in and for Tarrant county de jure, Texas Republic,
United States of America

| | | |
|---|---|---|
| People in and for the United States of America ex rel; | § | "In Law" |
| Debra Mae Carter, et al, | § | |
| Demandants | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | |
| Lori Varnell, Elizabeth Beach, Natham Martin, | § | |
| Anastasia Frane, Harry White, Kevin Rousseau, | § | Case No. DC-24-001 |
| The State of Texas, Inc., The County of Tarrant, Inc. | § | Private Judgment |
| | § | Lein |
| Wrongdoers | § | Notice |



---

Re:   To all appellate subdivisions of the Appellate jurisdiction of the Supreme
      Court of the United States et al, to all financial/financing institutions of the
      United States and their agents, subjects et al;

| | | | |
|---|---|---|---|
| United States of America | § | | |
| Republic of Texas | § | SS | Affidavit of Finding of Facts |
| Tarrant county de jure | § | | Judgment |

People in and for the United States of America, for Tarrant county, Texas
republic, our One Supreme Court Exclusive to the People, original jurisdiction, did
speak, and was placed into evidence, after reviewing the evidence and hearing
testimony, hereby attest and acknowledge the finding of facts to be true, correct,
certain, and relevant against the WRONGDOERS of this Judgment and as follows:

1. Fact: Affiants being "posterity" as found in the preamble
   *WE THE PEOPLE of the United States, in Order to form a more perfect Union, establish
   Justice, insure domestic Tranquility, provide for the common defence, promote the general*

Common Law Court Judgment DC-24-001 Page 1

*Welfare, and secure the Blessings of Liberty to <u>ourselves and our Posterity</u>, do ordain and establish this Constitution for the United States of America.*

and are entitled to right of blood
*"Jura sanguinis nullo jure civili dirimi possunt. The right of blood and kindred cannot be destroyed by any civil law. Dig. 50, 17, 9; Bacon's Max. Reg. 11." Bouvier's Law Dictionary 1856 Edition, page 768*

did charge WRONGDOERS for fraudulent works/wrongdoing, and witness wrongdoers deny due process of law, deny trial by jury, deny assistance of counsel of choice, deny advocate under Americans With Disabilities Act (ADAA), deny challenges to jurisdiction, deny access to exculpatory evidence, and failure to explain the nature and cause of the accusation, failure to provide compulsory process for obtaining witnesses in her favor, failure to provide discovery of evidence being used against her, made false statements (testifying) to the jury, based on a fake indictment, which we the jury have reviewed, and says, state of the forum is common law, and other certificates/documents attached.

2. Fact: The Authority the WRONGDOERS are operating under derives from "We the People".
   *"the power which is derived cannot be greater than that from which it is derived" – Deritiva potestas non potest esse major primitiva. – Bouvier's Law Dictionary 1856 Edition*

3. Fact: This Constitution for the United States of America is the supreme law of the land "notwithstanding any state constitution or law", and requires trial by jury, due process of law, to be informed of the nature and cause of the accusation, compulsory process for obtaining witnesses in her favor, assistance of counsel of choice, and more.
   *In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and <u>to be informed of the nature and cause of the accusation</u>; to be confronted with the witnesses against him; <u>to have compulsory process for obtaining witnesses in his favor</u>, and to have the Assistance of Counsel for his defence. Article VI in Amendment, Constitution for the United States of America*

4. Fact: County of Tarrant and The State of Texas, Inc., are District of Columbia (United States) corporations as evidenced by their use of a ZIP Code
   *"And said supreme court shall divide the said District into ten subdistricts and prescribe the place in each subdistrict where the justice thereof shall have his office for the transaction of business, and may change the boundaries of such subdistricts and the locations of the offices*

*of the justices therein from time to time as the volume and convenience of the business may require." Code of Law for the District of Columbia, Sec. 3, 31 Stat. 1190*

and their use of Federal Reserve Notes that are intended for use in the District of Columbia ONLY

*SEC. 15. As used in this Act the term <u>"United States" means the Government of the United States</u>; the term ...... <u>the term "currency of the United States " means currency which is legal tender in the United States, and includes United States notes, Treasury notes of 1890, gold certificates, silver certificates, Federal Reserve notes, and circulating notes of Federal Reserve banks and national banking associations</u> ; and the term " person " means any individual, partnership association, or corporation, including the Federal Reserve Board, Federal Reserve banks, and Federal Reserve agents ..... Gold Reserve Act of 1934, 48 Stat. 344*

*<u>Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized</u>. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.12 USC 411 Issuance to Reserve Banks, Nature of obligations, Redemption*

and have waived any immunity they may have enjoyed.

*"Governments [any sovereign] descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen... where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . ... For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." Clearfield Trust Co. v. United States 318 U.S. 363 (1943)*

5. Fact: All superior courts of general jurisdiction are presumed to acting within jurisdiction until the contrary is shown

   *"A court of general jurisdiction is <u>presumed</u> to be acting within its jurisdiction <u>till the contrary is shown</u>." Brown, Jur, Section 202; Wright v. Douglas, 10 Barb. (N.Y.) 97; Town of Huntington v. Town of Charlotte, 15 Vt. 46.*

6. Fact: Denials of due process of law deprive any court of subject matter jurisdiction in any matter

   *"Not every action by <u>any judge is in exercise of his judicial function</u>. It is not a judicial function for a Judge to commit an intentional tort even though the tort occurs in the Courthouse, when a judge acts as a Trespasser of the Law, <u>when a judge does not follow the law, the judge loses subject matter jurisdiction</u> and The Judge's orders are void, of no legal force or effect"! Yates Vs. Village of Hoffman Estates, Illinois, 209 F.Supp. 757 (N.D. Ill. 1962)*

Common Law Court Judgment DC-24-001 Page 3

*"Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." Merritt v. Hunter, C.A. Kansas 170 F2d 739*

7. Fact: All Judges hold office during good behavior.
   *".....The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour,....." Article III, Section 1, Constitution for the United States of America*

8. Fact: All Judges are required to be neutral and unbiased.
   *"It is a fundamental right of a party to have a neutral and detached judge preside over the judicial proceedings." Ward v Village of Monroeville, 409 U.S. 57, 61-62, 93 S.Ct 80, 83, 34 L.Ed. 2d 267 (1972); Tumey v Ohio, 273 U.S. 510, 5209, 47 S. Ct. 437, 440, 71 L.Ed. 749 (1927)*

9. Fact: Any Judge, or officer of any court, who fails to be neutral or unbiased, or denies due process of law, forces entry of a plea, denies assistance of counsel of choice, denies compulsory process for obtaining witnesses in her favor, denies trial by jury, denies access to exculpatory evidence, fails to explain the nature and cause of the accusation, makes false statements (testifying) to the jury or to the court, or denies any of the requirements of the "supreme law of the land" is in bad behavior and ceases to represent the government, and is operating in their private capacity.
   *"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Kozinski, 284 F. Supp. 94,*

10. Fact: Elizabeth Beach is a Judge of the Tarrant County Criminal District Court 1, and Lori Varnell, Natham Martin, and Anastasia Frane are Assistant District Attorneys for the Tarrant County Criminal District Attorney, who brought an action against Debra Mae Carter for money laundering under federal statute 18 USC § 1956 amounting to theft under Texas Penal Code.

11. Fact: Harry White and Kevin Rousseau are Public Defenders (Public Pretenders) who were forced upon Debra Mae Carter after she was impoverished with the ankle monitor and was under house arrest for 3 years and prohibited from leaving for anything, including work, or church.

12. Fact: Harry White and Kevin Rousseau admittedly billed for 16.5 hours over 39 months and told Debra Mae Carter that she would be found guilty and they were there to mitigate the sentence.

13. Fact: Elizabeth Beach allowed Debra Mae Carter to FIRE Harry White and Kevin Rousseau on the first day of the show-trial, after a Demand to Disqualify the Judge was filed into the case, accusing Beach of running a Star Chamber.

*"The corrupt Star Chamber Courts of England <u>required defendants to have counsel</u>. Star Chamber stood for swiftness and arbitrary power, it was a limitation on the common law." Faretta v. California, 422 U.S. 806, 821 [Emphasis added]*

14. Fact: The Texas Penal Code and Title 18 of the US Code are all penal codes.

15. Fact: Any "penal" action, is a civil action for breach of contract

*A "penal action" is an action on a penal statute; an action for recovery of penalty given by statute. <u>NcNeely v. City of Natchez</u>, 114 So. 484, 487; 148 Miss. 268.*

*Where an action is founded entirely upon a statue, and the only object of it is to recover a penalty or forfeiture, such action is a "penal action." <u>Gawthrop v. Fairmont Coal Co.</u>, 81 S.E. 560, 561; 74 S.Va. 39.*

*The words "penal" and "penalty" in their strict and primary sense denote a punishment, whether corporal or pecuniary, imposed and enforced by the state for a crime or offense against its laws. The noun penalty is defined forfeiture or to be forfeited for noncompliance with an <u>agreement.</u> The words forfeit and penalty are substantially synonymous. <u>Missouri, K. & T. Ry. Co. v. Dewey</u> <u>Portland Cement Co.</u>, 242 P. 257, 259, 113 Okla. 142.*

*A "penal action" is one founded entirely on statute and brought with the sole object of recovering a penalty or forfeiture imposed as punishment for specific offense, while "remedial action: is one brought to obtain compensation or indemnity. <u>Smith Engineering Works v. Custer</u>, 151 P2d 404, 407, 194 Okl. 318.*

*A "penal action" is a civil suit brought for the recovery of a statutory forfeiture when inflicted as punishment for an offense against the public. Such actions are "civil actions, " on the one hand closely related to criminal prosecutions and on the other to <u>actions for private injuries</u> in which the party aggrieved may, by statute, recover punitive damages. <u>State ex rel. McNamee v. Stobie</u>, 92 SW 191, 212, 194 Mo. 14*

16. Fact: A Penal action is quasi criminal for a quasi contract

*"Assumpsit - ....In its origin an action of tort, [assumpsit] was soon transformed into an action of contract, becoming afterwards a remedy where there was neither tort nor contract. <u>Based at first only upon an express promise, it was afterwards supported upon an implied promise, and even upon a fictitious promise.</u> Introduced as a special manifestation of the action on the case, it soon acquired the dignity of a distinct form of action, which superseded Debt, became concurrent with Account, with Case upon a bailment, a warranty, and bills of exchange, <u>and competed with Equity in the case of the essentially equitable quasi-contracts</u> growing out of the principle of unjust enrichment. Surely, it would be hard to find a better illustration of the flexibility and power of self-development of the Common Law." James*

Common Law Court Judgment DC-24-001 Page 5

*Barr Ames, "The History of Assumpsit," in 3 Select Essays in Anglo-American Legal History 298 (1909)." Black's Law Dictionary, 8th Edition, page 379 [emphasis added]*

*"Both in Roman and English law there are certain obligations which were not in truth contractual, but which the law treats as IF they were. They are contractual in law, but not in fact, being the subject-matter of a <u>fictitious</u> extension of the sphere of contract to cover obligations which do not in reality fall within it." Salmond, Salmond on Jurisprudence, p. 642 (9th Edition, 1937, Sweet & Maxwell, Ltd. England). [emphasis added]*

*"A quasi contractual action presupposes acceptance and retention of a benefit by one party with full appreciation of the facts, under circumstances making it <u>inequitable</u> for him to retain the benefit without payment of its reasonable value." Major-Blakeney Co. v. Jenkins (1953), 121 C.A.2d 325, 263 P.2d 655, hear den.; Townsend Pierson, Inc. v. Holly-Coleman Co. (1960), 178 C.A.2d 373, 2 Cal. Rptr. 812. [emphasis added]*

17. Fact: Quasi contracts require the minor estate entity (31 CFR 363.6)
   *"Constructive/quasi contracts are <u>based solely upon a legal fiction or fiction of law</u>." Hill v. Waxberg, 237 F.2d 936.*

under color of law
*Entity means any owner of a Treasury Direct account that is not an individual. Entity is a sole proprietorship, partnership, corporation, limited liability company or professional limited liability company, trust, the estate of a decedent, <u>or the estate of a living person such as an incompetent or a minor</u>.*
*Minor means an individual under the age of 18 years. <u>The term minor is also used to refer to an individual who has attained the age of 18 years but has not yet taken control of the securities contained in his or her minor account.</u> 31 CFR 363.6*

which is using the minor estate entity and the Commerce Clause (Article 1, Section 8, Clause 3) to bring the District of Columbia outside "not exceeding ten miles square"
*"We therefore decline to overrule the opinion of Chief Justice Marshall: We hold that <u>the District of Columbia is not a state within Article 3 of the Constitution</u>. In other words cases between citizens of the District and those of the states were not included of the catalogue of controversies over which the Congress could give jurisdiction to the federal courts by virtue of Article 3. In other words <u>Congress has exclusive legislative jurisdiction over citizens of Washington District of Columbia and through their plenary power nationally covers those citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union</u>" National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948)*

with said plenary (dictatorship) Jurisdiction
*"plenary jurisdiction. A court's full and absolute power <u>over the subject matter</u> and the parties in a case." Black's Law Dictionary 8th Edition, page 2495 [emphasis added]*

Common Law Court Judgment DC-24-001 Page 6

*"plenary 1. Full; complete; entire." Black's Law Dictionary, 9th Edition, page 1273*

*"PLENARY. Full; complete. <u>In the courts of admiralty, and in the English ecclesiastical courts</u>, causes or suits in respect of the different course of proceedings in each are termed plenary or summary. Plenary, or full and formal, suits are those in which the proceedings must be full and formal; the term summary is applied to those causes where the proceedings are more succinct and less formal. 2 Chitty, Pr. 481." Bouvier's Law Dictionary, Third Revision, 8th Edition, Volume 2, Page 2612*

*"Plenary - A plenary power or plenary authority is a complete and absolute power to take action on a particular issue, <u>with no limitations</u>. It is derived from the Latin term plenus," Wikipedia*

*"Plenary Power - <u>Complete power over a particular area with no limitations</u>. This term is often used to describe the Commerce Power of Congress. Under the Commerce Clause (Article I, Section 8, Clause 3) Congress is granted full power over interstate commerce. The Court has found that states are not able to pass laws affecting interstate commerce without the permission of Congress." Legal Information Institute*

in violation of Article 1, Section 8, Clause 17
*To exercise exclusive Legislation in all Cases whatsoever, <u>over such District (not exceeding ten Miles square)</u> as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings Article 1, Section 8, Clause 17, Constitution for The United States of America*

18. Fact: No corporation, including "The State of Texas, Inc." or "County of Tarrant, Inc.," has standing to say anything to a man or (wo)man (Rundle v Delaware and Raritan Canal Company 55 US 80 (1852)), therefore the real parties of interest are Lori Varnell, Natham Martin, Anastasia Frane and Elizabeth Beach, Harry White, and Kevin Rousseau.

19. Fact: The Indictment fails to say it is a "TRUE BILL" therefore it fails to be a True Bill of Indictment, and there are no minutes of the Court showing that the Foreman of the Grand Jury, witnessed by a minimum of nine Grand jury members, read the indictment into the record, as required by Texas Code of Criminal Procedure 20A.304,
*When an indictment is ready to be presented, the grand jury shall, through the foreperson, deliver the indictment to the judge or court clerk. At least nine grand jurors must be present to deliver the indictment. Art. 20A.303. PRESENTMENT OF INDICTMENT.*

*(a)  If the DEFENDANT is in custody or under bond at the time the indictment is presented, the fact of the presentment shall be entered in the court's record, noting briefly the style of the criminal action, the file number of the indictment, and the Defendant's name. Art. 20A.304.  PRESENTMENT OF INDICTMENT ENTERED IN RECORD.*

therefore, there is no indictment, no probable cause of a crime, and it is a malicious prosecution.

*"Although probable cause may not be inferred from malice, malice may be inferred from lack of probable cause." Pauley v. Hall, 335 N. W. 2d 197, 124 Mich App 255;*

20. Fact: Elizabeth Beach testified to the jury that the Indictment "is a True Bill of Indictment".

21. Fact: Elizabeth Beach forcibly entered a plea without explaining the nature and cause of the accusation.

22. Fact: Because Lori Varnell, and Elizabeth Beach are using the Commerce Clause (Article I, Section 8, Clause 3) and quasi-contracts against Debra Mae Carter, with their Minor Estate entity (31 CFR 363.6), the private international law known as the Uniform Commercial Code applies, which is known in Texas as the Texas Business and Commerce Code, and controlled and governed by UNIDROIT in Rome, and the Vatican.

23. Fact: The Challenge to Jurisdiction, filed into the case, is evidence of the non-existence of jurisdiction

*"Whenever [the Uniform Commercial Code] creates a "presumption" with respect to a fact, or provides that a fact is "presumed," the trier of fact must find the existence of the fact unless and until evidence is introduced that supports a finding of its nonexistence." UCC § 1-206 Presumptions [emphasis added]*

24. Fact: A kangaroo court is a sham legal proceeding in which rights are totally disregarded and the result is a foregone conclusion.

*"Kangaroo court. Term descriptive of a sham legal proceeding in which a person's rights are totally disregarded and in which the result is a foregone conclusion because of the bias of the court or other tribunal." Black's Law Dictionary, 6th Edition, page 868,*

25. Fact: Debra Mae Carter was denied trial by jury in Elizabeth Beach's kangaroo court.

26. Fact: Debra Mae Carter was denied assistance of counsel of choice in Elizabeth Beach's kangaroo court.

27. Fact: Debra Mae Carter was denied compulsory means of obtaining witnesses in her favor in Elizabeth Beach's kangaroo court.

28. Fact: Debra Mae Carter was denied access to exculpatory evidence in Elizabeth Beach's kangaroo court.

29. Fact: Debra Mae Carter was denied due process of law in Elizabeth Beach's kangaroo court.

30. Fact: Debra Mae Carter was denied discovery or access to the (hearsay) evidence they were using against her in Elizabeth Beach's kangaroo court.

31. Fact: Debra Mae Carter was denied an advocate under the American with Disability Act (ADAA) in Elizabeth Beach's kangaroo court.

32. Fact: Debra Mae Carter was denied a neutral and unbiased Article III Judge in Elizabeth Beach's kangaroo court.

33. Fact: Debra Mae Carter was subjected to cruel and unusual punishment with an ankle monitor for 3 years and was not allowed to work, or leave her property, or go to church, in violation of Article VIII in Amendment in Elizabeth Beach's kangaroo court.

34. Fact: The power to create presumptions are NOT a means to circumvent constitutional requirements.
    *"The power to create presumptions is not a means of escape from constitutional restrictions." Bailey v Alabama, 219 U.S. 219, 238, et seq., 31 S.Ct. 145; Manley v Georgia, 279 U.S. 1, 5-6, 49 S.Ct. 215*

35. Fact: Elizabeth Beach as operating an inferior court of limited jurisdiction in derogation of common law
    *When, therefore a court of general jurisdiction proceeds under a special statute it becomes a court of limited jurisdiction for the purpose of such proceeding. See 21 C.J.S. Courts § 2. Accordingly, where a court of general jurisdiction undertakes to carry out a special power, a decision made in the exercise of such power is treated as a ruling of a court of limited jurisdiction and the presumption applicable to a court of general jurisdiction, that it acted within the scope of its jurisdiction does not apply. See 20 Am. Jur 2d. Courts § 103.*

    *"...it is familiar law that when special statutory authority in derogation of common law is conferred on courts of general jurisdiction, such a court of general jurisdiction becomes quod hoc a court of inferior or limited jurisdiction. State v Mobile G. R. Co. 108 Ala 29, 18 So. 801; Goodwater Warehouse Co. v Street, 137 Ala. 621, 34 So. 903; Gunn v Howell, 27*

Common Law Court Judgment DC-24-001 Page 9

*Ala 663 62 Am Dec. 785; Martin v Martin, 173 Ala 106, 55 So. 632; Ex Parte Pearson, 241 Ala. 467, 3 So. 2d 5; Truett v Woodham, 98 Ala. 604, 13 So. 519*

36. Fact: Elizabeth Beach is operating an Administrative Court

*"A ministerial act is an act that a public officer is required to perform in a prescribed manner in obedience to the mandate of legal authority and without regard to his own judgment or opinion concerning such act's propriety or impropriety, when a given state of facts exists. Discretion on the other hand, is the power conferred on public functionaries to act officially according to the dictates of their own judgment" (Rodriguez v. Solis (1991) 1 Cal. App.4th 495, 501-502, 2 Cal. Rptr. 2d 50: Transdyn Cresci JV v. City and County of San Francisco (1999) 72 Cal. App.4th 746, 752, 85 Cal. Rptr. 2d 512)*

*"When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts administrating or enforcing statutes do not act judicially, but merely ministerially....but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464 [emphasis added]*

*"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762*

*"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..."K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)*

and this Administrative Court is working for the Executive Branch, under the Texas Penal Code and imposing their quasi-contract

*"The word administrative is synonymous with the word "executive". The word administrative [c]onnotes of or pertains to administration, especially management as by managing or conducting, or superintending the execution, application or conduct of persons or things." Black's Law Dictionary 45 (6th Edition 1990) (emphasis added) Thus, '[a]dministrative acts' are '[t]hose acts which are necessary to be done to carry out legislative policies and purposes already declared by the legislative body' id. (emphasis added) In fact it is common to use the two words in tandem. See e.g. Point Props, Inc.,v  Anderson 584 So 2d 1332, 1338 (Ala 1991)*

37. Fact: Elizabeth Beach is in bad behavior and has ceased to be a Judge in this matter.

*"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Kozinski, 284 F. Supp. 94,*

*If government officials attempt to enforce an unconstitutional law, sovereign immunity does*

*not prevent people whom the law harms from suing those officials in their individual capacity for injunctive relief. This is because they are not acting on behalf of the state in this situation. Ex parte Young, 209 U.S. 123 (Mar 23 1908)*

*Scheuer v Rhodes, 416 US 232 (1908) immunity of officers of executive branch of a state is not absolute. Since Ex parte Young, 209 U.S. 123 (1908), it has been settled that the Eleventh Amendment provides no shield for a state official confronted by a claim that he had deprived another of a federal right under the color of state law.*

## 38. Fact: Elizabeth Beach is a tyrant

*"Tyranny is the exercise of Power beyond Right, which no Body can have a Right to. And this is making use of the Power anyone has in his hands, not for the good of those who are under it, but for his own Private separate Advantage. When the Governor, however entituled, makes not the Law, but his Will, the Rule, and his Commands and Actions are not directed to the preservation of the Properties of his People, but the satisfaction of his own Ambition, Revenge, Covetousness, or any other irregular Passion.*

*"Tis a mistake to think this fault only in Monarchies, other forms of government are liable to it, as well as that. For where-ever the Power that is put in any hands for the Government of the People, and the Preservation of their Properties, is applied to other ends, and made use of to impoverish, harass, or subdue them to the Arbitrary and Irregular Commands of those who have it: There it presently becomes Tyranny whether those that use it are one or many."*
*John Locke, Two Treatises of Government, Book II, Chapter XVIII, § 199, & § 201*

## 39. Fact: Elizabeth Beach cannot do anything judicial like issue Orders, Convictions, or Judgments

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities" Burns v. Sup., Ct., SF, 140 Cal. 1*

*"Where there is no jurisdiction there is no judge; the proceeding is as nothing. Such has been the law from the days of the Marshalsea, 10 Coke 68; also Bradley v. Fisher, 13 Wall 335,351." Manning v. Ketcham, 58 F.2d 948*

## 40. Fact: Elizabeth Beach and her Tarrant County Criminal District Court 1, have deprived themselves of subject matter jurisdiction and all of her orders and Judgments are void and an absolute nullity

*"A void judgment is one which, from its inception, was a complete nullity and without legal effect" Lubben v. Selective Service System Local Bd. No. 27, 453 F.2d 645, 14 A.L.R. Fed. 298 (C.A. 1 Mass. 1972), Hobbs v. U.S. Office of Personnel Management, 485 F.456 (M.D.Fla. 1980)*

*"Void judgment is one which has no legal force or effect whatever, it is an absolute nullity, its invalidity may be asserted by any person whose rights are affected at any time and at any place and it need not be attacked directly but may be attacked collaterally whenever and wherever it is interposed." City of Lufkin v. McVicker, 510 S.W. 2d 141 (Tex. Civ. App. – Beaumont 1973).*

Common Law Court Judgment DC-24-001 Page 11

*"A void judgment, insofar as it purports to be pronouncement of court, is an absolute nullity"* Thompson v. Thompson, 238 S.W.2d 218 (Tex.Civ.App. – Waco 1951).

*"Void order may be attacked, either directly or collaterally, at any time"* In re Estate of Steinfield, 630 N.E.2d 801, certiorari denied, See also Steinfeld v. Hoddick, 513 U.S. 809, (Ill. 1994).

*"A void judgment is one which, from its inception, is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind the parties or to support a right, of no legal force and effect whatever, and incapable of enforcement in any manner or to any degree."* Loyd v. Director, Dept. of Public Safety, 480 So. 2d 577 (Ala. Civ. App. 1985).

and brutum fulmen.

*"brutum fulmen": "An empty noise; an empty threat. A judgment void upon its face which is in legal effect no judgment at all, and by which no rights are divested, and from which none can be obtained; and neither binds nor bars anyone. Dollert v. Pratt-Hewitt Oil Corporation, Tex.Civ.Appl, 179 S.W.2d 346, 348. Also, see Corpus Juris Secundum, "Judgments" §§ 499, 512 546, 549. Black's Law Dictionary, 4th Edition.*

41. Fact: Elizabeth Beach is violating Debra Mae Carters right to be let alone under color of the minor estate entity (31 CFR 363.6) in violation of 18 USC § 242.
   *"They conferred as against the government the right to be let alone – the most comprehensive of rights and the right most valued by civilized men." Olmstead v United States 277 U.S. 438, 478 (1928), Washington v Harper, 494 U. S. 210 (1990);*

42. Fact: Lori Varnell is violating Debra Mae Carters right to be let alone under color of the minor estate entity (31 CFR 363.6) in violation of 18 USC § 242.

43. Fact: Natham Martin is violating Debra Mae Carters right to be let alone under color of the minor estate entity (31 CFR 363.6) in violation of 18 USC § 242.

44. Fact: Anastasia Frane is violating Debra Mae Carters right to be let alone under color of the minor estate entity (31 CFR 363.6) in violation of 18 USC § 242.

45. Fact: All prisoners are slaves of the state.
   *"He [the prisoner] has as a consequence of his crime, not only forfeited his liberty but all his personal rights except those which the law in its humanity affords him. He is for the time being a slave of the state." 62 Va. (21 Gratt.) 790, 796 (1871)*

46. Fact: WRONGDOERS are subjecting Debra Mae Carter to their satanic religious ceremony with their fraud and their lies, and their deception by assaulting Debra Mae Carter with their satanic minor estate entity that originated with the Vatican

Common Law Court Judgment DC-24-001 Page 12

*"Yet still it was found difficult to set bounds to ecclesiastical ingenuity; for when they were driven out of all their former holds, they devised a new method of conveyance, by which the lands were granted, not to themselves directly, but to nominal feoffees to the use of the religious houses; thus distinguishing between the possession and the use, and receiving the actual profits, while the seisin of the lands remained in the nominal feoffee, who was held by the courts of equity (then under the direction of the clergy) to be bound in conscience to account [taxes] to his cestui que use for the rents and emoluments of the estate: and it is to these inventions that our practitioners are indebted for the introduction of uses and trusts, the foundation of modern conveyancing."* Tomlins Law Dictionary 1835 edition, Volume 2 under the definition of Mortmain [emphasis added];

and at Chapter Fifty-Six in Sec. 1617, at 31 Stat. 1432, where it says;
*"The Legal Estate to be in Cestui Que Use"*

and a "use" is short for usufruct under Roman Law, which is a type of a trust, and a US citizen (minor estate entity) is a tax payer

*". . . (E)very taxpayer is a cestui qui trust having sufficient interest in the preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction . ."* In Re Bolens (1912), 135 N.W. 164

*"A "citizen of the United States" is a civilly dead entity operating as a co-trustee and co-beneficiary of the PCT (Public Charitable Trust), the constructive, cestui que trust of US Inc. under the 14th Amendment, which upholds the debt of the USA and US Inc."* Congressional Record, June 13 1967, pp. 15641-15646

*"...it might be correctly said that there is no such thing as a citizen of the United States. ..... A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing."* Ex Parte Frank Knowles, 5 Cal. Rep. 300;

in violation of 18 USC § 247.

47. Fact: WRONGDOERS are conspiring together to use the commerce clause (Article I, Section 8, Clause 3) to bring the District of Columbia outside "not exceeding ten miles square" to hold their kangaroo court sham legal proceeding, to threaten, coerce, injure, and intimidate Debra Mae Carter in the free exercise of her right to ignore their fake color of law, under color of the minor estate entity (31 CFR 363.6) in violation of 18 USC § 241 to sell her into slavery in violation of 18 USC § 1584 as collateral for the minor estate entity (31 CFR 363.6).

48. Fact: WRONGDOERS are enticing Debra Mae Carter into slavery in violation of 18 USC § 1583 Enticement into Slavery.

49. Fact: WRONGDOERS are officers of the court and deemed to know the law
*"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398 (Ezra 7:23-26)*

and have perjured their oaths to support the supreme law of the land, in violation of 18 USC § 1621, by using the commerce clause (Article I, Section 8, Clause 3) to bring the District of Columbia outside "not exceeding ten miles square", in violation of Article I, Section 8, Clause 17, with their denials of due process of law, and their fake indictment, and their sham legal proceeding, and their denials of constitutional requirements, and are holding a simulated legal proceeding in violation of the Texas Penal Code 32.48, and have disqualified themselves from holding any office of trust.

50. Fact: WRONGDOERS are engaged in Honest Services Fraud in violation of 18 USC § 1346.

51. Fact: The WRONGDOERS are making false entries in government records in violation of 18 USC § 2073 by falsely accusing the Debra Mae Carter of being a Minor Estate entity (31 CFR 363.6).

52. Fact: The WRONGDOERS are subjecting the Debra Mae Carter into peonage in violation of 18 USC § 1581.

53. Fact: The WRONGDOERS are simulating a legal process with their fake court and their administrative Judges that fail to be an Article III Judge that are actually working for the executive branch, and their extortion, denials of due process of law, and thefts, in violation of Texas Penal Code 32.48.

54. Fact: The WRONGDOERS have ceased to represent the government
*"An officer who acts in violation of the Constitution ceases to represent the government". Brookfield Const. Co. v. Kozinski 284 F. Supp. 94,*

and therefore are impersonating government officials in violation of Texas Penal Code 37.11.

55. Fact: WRONGDOERS are engaged in War Crimes against Debra Mae Carter by punishing her for the crimes of their minor estate entity, coercing information from her, and from third parties, taking reprisals for her political beliefs calling her a "sovereign citizen", failing to hold a fair and regular trial,

pillaging her property, and selling her into slavery under the Trading with the Enemy Act of 1917, which is essentially a death sentence, in violation of 18 USC § 2441.

56. Fact: WRONGDOERS are engaged in a Seditious Conspiracy against the United States of America and Debra Mae Carter as one of the posterity of "We the People" by using their military police and their military sheriffs, and their military prisons, under the Trading with the Enemy Act of 1917, to overthrow Debra Mae Carter's Constitutional rights, in violation of 18 USC § 2384.

57. Fact: WRONGDOERS do have an Oath of Office to support the supreme law of the land and did knowingly, willfully and intentionally hold a show trial in their kangaroo court, as evidenced by the documentation, is self supporting in and of itself in favor of Debra Mae Carter and against WRONGDOERs of this case DC-24-001.

58. Fact: <u>WRONGDOERS are</u> guilty by their own actions/inactions, and thus are guilty <u>beyond a shadow of a doubt</u> of all charges/allegations brought against them in this matter.

### PRIVATE JUDGMENT LIEN AND DECREE

After due consideration and finding of the facts Our One Supreme Court Exclusive to the People by order of the People in and for the United States of America, for Tarrant county, Texas Republic, finds private judgment lien <u>and decree</u> for Affiant/Demandant: and the against WRONGDOERS in the amount of one billion dollars ($1,000,000,000.00) in silver coin or the equivalent in federal reserve notes to be paid immediately in full without further delay, to Debra Mae Carter, or her assigns at his/ their direction, backed by the full faith and credit of the United States, and further, the above Finding of Facts and Conclusions by the jury is not reviewable by any other court of the United States except as set forth under the 7th Amendment nor subject to trespass upon case DC-24-001, by the judicial power of the United States, see the 11th Amendment of our national constitution.

So agreed to and done this 20 day of JULY 2024.

Common Law Court Judgment DC-24-001 Page 15

Per curiam _Billy Ellis_          Per curiam _Bri Cole_

Per curiam _Robert Sahli_          Per curiam _____

Per curiam _Nathaniel Olson_          Per curiam _____

Per curiam _Margaret Bockert (Peggy)_          Per curiam _____

Per curiam _____          Per curiam _____

Per curiam _Linda Capuano_          Per curiam _Tyson Foust_

United States of America          §
Republic of Texas (organic)       §          Acknowledgment
Tarrant county dejure             §

I, _Ned Bradley Joseph Gorman_, a Notary, duly commissioned and privately
bonded by the people in and for the United States of America for Republic of
Texas hereby attest and acknowledge that the above jury(s) signature are the ones
chosen and have been duly presented with the facts and testimony in relation to the
character of the parties and the facts set forth in this Affidavit.



NED BRADLEY JOSEPH GORMAN
Notary Public, State of Texas
Comm. Expires 10-26-2025
Notary ID 133413493

_Ned Bradley Joseph G_
_____
Notarial (Seal)



Common Law Court Judgment DC-24-001 Page 16

name

| | | | | | | |
|---|---|---|---|---|---|---|
| *[signature]* | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| *[signature]* | yes | yes | yes | yes | yes | yes | yes |
| D Matthial Olson | yes | yes | yes | yes | yes | yes | yes |
| Margaret Borchert (Peggy) | yes | yes | yes | yes | yes | yes | yes |
| Bill Ellis *[+ more]* | yes | yes | yes | yes | yes | yes | yes |
| *[signature]* | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| *[signature]* | yes | yes | yes | yes | yes | yes | yes |
| Linda Capuano | yes | yes | yes | yes | yes | yes | yes |
| *[signature]* | yes | yes | yes | yes | yes | yes | yes |
| *[signature]* | Yes | Yes | Yes | Yes | Yes |
| Tyson Dougl... | Yes | Yes | Yes | Yes | Yes | Yes |

*[Seal: Republic of Texas • Common Law Court]*

Common Law Court Judgment DC-24-001                    Page 17

Name

| Bill Ellis | Yes | Yes | Yes | Yes | Yes | Yes |
| Pautot Ball | yes | yes | yea | yes | yes | yes |
| D. Ditul Olon | Yes | Yes | Yes | Yes | Yes | Yes |
| Margaret Bochert (Peggy) | yes | yes | yes | yes | yes | yes |

Linda Capeaux

Yes Yes Yes Yes Yes Yes

Yes Yes Yes Yes Yes Yes

Yes Yes Yes Yes Yes Yes

yes yes yes yes yes yes

yes yes yes yes yes yes

Yes Yes Yes Yes Yes Yes

Tyson Douglas Yes Yes Yes Yes Yes Yes

Clerk Janx
Baaliff Im

*Exhibit # (A*

UNITED STATES COURT OF APPEALS

**FILED**
United States Court of Appeals
Tenth Circuit

TENTH CIRCUIT

**FILED**

APR 0 7 1995

WARREN E. ENSMINGER,

Plaintiff-Appellant,

v.

THE FARM CREDIT BANK OF WICHITA;
FIRST NATIONAL BANK OF OKEENE,

Defendants-Appellees.

APR 1 0 1995

ROBERT D. OEKNIS, CLERK
U.S. DIST. COURT WESTERN DIST. OF OKLA
BY _____ DEPUTY

**PATRICK FISHER**
Clerk

Nos. 94-6415
94-6417
W.D. Oklahoma
(D.C. Nos. CIV-94-1038-R
and CIV-94-1040-R)

**DOCKETED**

ORDER AND JUDGMENT*

By

*Opal G. Cook*

Before ANDERSON, BALDOCK, and BRORBY, Circuit Judges.

After examining the briefs and appellate record, this panel
has determined unanimously that oral argument would not materially
assist the determination of this appeal. See Fed. R. App. P.
34(a); 10th Cir. R. 34.1.9. The cause is therefore ordered
submitted without oral argument.

Warren E. Ensminger appeals the dismissal of his actions,
characterizing the actions as follows:

---

* This order and judgment is not binding precedent, except
under the doctrines of law of the case, res judicata, and
collateral estoppel. The court generally disfavors the citation
of orders and judgments; nevertheless, an order and judgment may
be cited under the terms and conditions of the court's General
Order filed November 29, 1993. 151 F.R.D. 470.

*17*

        This action was instigated to determine who has the
highest title to property located in [Major and Grady]
county, Oklahoma Territory state, of which the United
States of America by contract, gave up all right, title
or interest in said property, without any conditions set
forth; and it is very clear by the defendant's pleadings
that it is not that entity that is claiming the
property, Mr. Butler for Federal Land Bank clearly
stated that the claim is the United States, and that
Federal Land Bank and First National Bank in Okeene are
not of the United States of America.  Mr. Elliott's
pleading for First National Bank in Okeene, plead the
resident scam, and didn't object to the Federal Land
Bank claim.  Then there is a question of the 7th
Amendment, and of which would boil over in the Federal
Rules of Civil Procedure, as contained in the 1991 Ed.,
Supreme Court Rule No. 17.1, the Court's Original
Jurisdiction, vs. The Courts Appellate.  Then the facts
of the courts original jurisdiction, exclusive to the
people, did speak, and was placed into evidence.

Appellant's Opening Briefs at 1.

        Upon review of the records and arguments of the parties, the

judgment of the district court is AFFIRMED.  The mandates shall

issue forthwith.

                                    ENTERED FOR THE COURT

                                    Stephen H. Anderson
                                    Circuit Judge

# Common Law Court

### Ensminger v. Farm Credit Bank of Wichita & First National Bank of Okeene
### &
### The decision of the Tenth Circuit United States Court of Appeals

To whom it may concern:

Having read the Warren Ensminger case, and reviewing it with Mr. Ensminger, I am attempting to summarize in this narrative the basics of the case and the Tenth Circuit decision. This has been read and approved by Mr. Ensminger.

Mr. Ensminger, with a foreclosure case in progress in a state District court in Oklahoma, filed a suit in Federal District court for the Western District of Oklahoma. He was attempting to force the Federal District court to convene as a court "in" law for the purpose of establishing that he, through land patent, had the highest title to his property. It should be noted that this was an entirely new case and had nothing to do with the case in the state court.

As a matter of strategy, the laws he cited to create a federal question for the Federal District court were the patent laws of the U.S. dealing with "intellectual patents", or patents on inventions. As he expected, the two banks moved to dismiss for lack of subject matter jurisdiction because the laws cited had nothing to do with land patents. The District court agreed with the banks and dismissed for lack of subject matter jurisdiction, again, as expected.

As soon as the District court dismissed the case Mr. Ensminger filed a notice of appeal. He did not, however, proceed with the appeal at that point and the time to file the appeal expired. He then received a letter from the Tenth Circuit court (on their own initiative) approximately two months later informing him that they were "extending his time to file an appeal." The Tenth Circuit court was, in essence, *asking* him to proceed with his appeal! This is *unheard of* in normal appellate procedure! So he proceeded with the appeal.

Prior to the appeal the case was heard in the court of the people, the Common Law Court, and this court's decision was filed with the appeal to the Tenth Circuit court. (NOTE: Mr. Ensminger first declared quiet title on himself, thereby extricating himself from the "federally privileged or 14th amendment citizen" status, allowing him to have his case heard in the proper venue.)

The Tenth Circuit court affirmed the ruling of the District court that it did not have subject matter jurisdiction to hear a case for higher title to land. The key to understanding this as a victory is as follows.

The order entitled ORDER AND JUDGMENT* contains three very important issues.

1. It is a fact, by statute and by case law, that a court of equity does not have jurisdiction to determine legal or highest title to property. It can only determine who has equitable interest. As stated on the second page of the order, Mr.

Ensminger was trying to *establish that he had the highest title* and the court knew that it did not have jurisdiction on the title issue as it refused to convene as a court "in" law.

2.    The order, on the second page, contains the phrase ".. *the facts of the courts original jurisdiction, exclusive to the people, did speak, and was placed into evidence.*" By quoting this statement from the decision of the COMMON LAW COURT, the court of the people, the Tenth Circuit court *recognized* the decision, venue and jurisdiction of the COMMON LAW COURT!

3.    *Most important* is to follow the asterisk behind the ORDER AND JUDGMENT* to the bottom of the first page to read the statement to which it refers. It says "This order and judgment is not binding precedent, *except* under the doctrines of *law of the case*, *res judicata*, and *collateral estoppel*." (Emphasis added) This means that *it is* binding precedent for res judicata which means that it has already been decided by a court of competent jurisdiction and collateral estoppel which means the opponent cannot bring it up again.

      *What court of competent jurisdiction made a decision?* The only court involved in this case that made any kind of decision was the Common Law Court. The District court dismissed for lack of jurisdiction and the Tenth Circuit affirmed. Therefore, the doctrine of *res judicata* in this case could *only* apply to the Common Law Court.

      Since the Common Law Court cannot be reviewed, the Tenth Circuit could not state that they affirmed that decision. All they could do was to affirm the District court's dismissal for lack of jurisdiction. But, by quoting from the Common Law Court's decision and establishing that res judicata exists, the Tenth Circuit has *agreed* with the Common Law Court. *The People Have Spoken!* The implications of this are truly astounding!

      From what I have been told, Mr. Ensminger is now in the process of going back to the state court with the Common Law Court decision to remove the case from them and render their judgment null and void.

      To add to the validity of this understanding of the Tenth Circuit decision it is important to note that there have been other successes incorporating this decision into a judicial notice to the other courts, and removing these cases to the venue of the Common Law Court. In one such case, James A. Elliott & United States Bankruptcy Court for the Western District of Oklahoma, the bankruptcy court agreed with the Common Law Court's decision and ordered that Mr. Elliott receive all of his property back even though it had been sold and taken from his possession.

      I am firmly convinced that, as more cases are filed with the Common Law Court, we will see more and more success in being able to remove ourselves from the oppression and tyranny of the de facto court system of the U.S. and more firmly establish the authority, jurisdiction and venue of the Common Law Court.

Respectfully submitted,
Jay Enloe

## Certificate of Service

i, me, my, or myself, also known as nelson-clarke; house of dice, a man, living soul, an free inhabitant on the soil of New Jersey and travelling upon the soil of Texas, without the corporation United States, do hereby certify that i am not a US (District of Columbia) citizen, 14th amendment citizen of the United States (District of Columbia) corporation, or other fictitious entity, and i am not a surety or accommodation party for any entity, and i filed the original Common Law Court Judgment DC-24-001, and a copy of this Certificate of Service, on this day with the United States District Court for the Northern District of Texas, Fort Worth Division and served on each of the respondents listed below, one each copy of; an Common Law Court Judgment DC-24-001, and a copy of this Certificate of Service, on this day, hand delivered to:

Phil Sorrells, Tarrant County
Criminal District Attorney
401 West Belknap Street, 9th Floor
Fort Worth, Texas

Lori Varnell, Assistant District Attorney
401 West Belknap Street, 9th Floor
Fort Worth, Texas

I declare under penalties with perjury (28 USC § 1746(1)) under the laws of the United States of America, without the corporation UNITED STATES.

Signed and sealed in red ink, on the land of Texas this ____24th____ day of July in the year two thousand and twenty-four.

_____
nelson-clarke; house of dice, sui juris, a man
sovereign living soul, holder of the office of "the people"
Judicial Power Citizen by right of blood
With full responsibility for my actions
under YHWH's law as found in the Holy Bible and no other
With a postal address of;
Non-Domestic Mail, ZIP CODE EXEMPT
C/O General Delivery 2124 L. Don Dodson Drive
Bedford. Texas 76021-9998
Non-Domestic Mail, Without the United States, Inc.

Affidavit of Fact Page 1